# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

151998(72)(77)

*In re* Estate of CLIFFMAN
_____

PHILLIP CARTER, ELMER CARTER, DAVID
CARTER, and DOUG CARTER,
          Appellants,

v

RICHARD D. PERSINGER, Personal
Representative of the Estate of GORDON JOHN
CLIFFMAN, BETTY WOODWYK, and
VIRGINIA WILSON,
          Appellees.
_____/

SC:  151998
COA:  321174
Allegan Probate Ct:
    13-058358-DE

       On order of the Court, the motion to file a supplement to the motion for reconsideration is GRANTED.  The motion for reconsideration of this Court's April 17, 2017 order is considered, and it is DENIED.


       BERNSTEIN, J., not participating.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____ May 26, 2017 _____



Clerk